IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH REDDICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPOUANO, BECKMAN, RUSSELL )<br>& BURNETT, LLC, a Limited Liability )<br>Company, )<br>)<br>Defendant. ) | CASE NO. 2:19-cv-512-JTA<br>(WO) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Defendant's motion for summary judgment is GRANTED as to all claims in the complaint.

2. The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of March, 2021.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE