IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH REDDICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-512-JTA |
| | ) (WO) |
| CAPOUANO, BECKMAN, RUSSELL | ) |
| & BURNETT, LLC, a Limited Liability | ) |
| Company, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on October 29, 2021 (Doc. No. 61), wherein the final judgment of this court made and entered herein on March 18, 2021 (Doc. No. 53), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on October 29, 2021, and received in the office of the clerk of this court on November 29, 2021 (Doc. No. 62), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on March 18, 2021 (Doc. No. 53), is continued in full force and effect.

DONE this 3rd day of December, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE